UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANWAR L. GAGE,

                Plaintiff,

-against-

FCI OTISVILLE FEDERAL
CORRECTIONAL INSTITUTION, ET AL.,

                Defendants.

22-CV-7810 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is proceeding *pro se*, filed the complaint in this action on September 9, 2022. By order dated September 14, 2022, the Court directed Plaintiff, within 30 days, to either pay the $402.00 in fees required to file a civil action in this court, or submit a prisoner authorization.[1] (ECF 5.) On November 15, 2022, because there was no indication on the docket that Plaintiff had paid the fees or submitted a prisoner authorization, the Court dismissed the action without prejudice for Plaintiff's failure to pay the fees or submit a prisoner authorization. (ECF 6.) Judgment was entered on November 16, 2022. (ECF 7.)

    On November 18, 2022, it came to the Court's attention that Plaintiff paid the fees on October 12, 2022, but due to a clerical error, an entry reflecting Plaintiff's payment was not entered on the docket.

---

[1] Plaintiff submitted an application to proceed *in forma pauperis*, that is, without prepayment of fees, along with the complaint.

The Court therefore directs the Clerk of Court to vacate the order of dismissal and judgment (ECF 6, 8), and to reopen this action. The merits of Plaintiff's claims will be addressed in due course.

SO ORDERED.

Dated:  November 18, 2022
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge